ACCEPTED
01-15-00342-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/24/2015 9:38:28 AM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS
FOR THE FIRST SUPREME JUDICIAL DISTRICT
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/24/2015 9:38:28 AM

CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| JAMES JESSE HUBBARD, | § | |
| Appellant | § | |
| vs. | § | CASE NO.   01-15-00342-CR |
| | § | TRIAL COURT NO:  14CR0848 |
| THE STATE OF TEXAS, | § | |
| Appellee | § | |

**APPELLANT'S FIRST MOTION FOR EXTENSION OF
TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, JAMES JESSE HUBBARD, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to Rule 38.6(d) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted in the 405th District Court of Galveston County, Texas in cause number 14CR0848 with the felony offense of Robbery and his punishment was assessed at 40 years TDC.

II.

Appellant's brief is due on or before August 24, 2015.

III.

The Appellant hereby requests an extension of time to file Appellant's Brief, and would show unto the Court that 45 additional days should be sufficient to allow the completion of Appellant's Brief.

IV.

The undersigned counsel has been unable to devote sufficient time to the review of the record, research and preparation of Appellant's Brief for the following good and sufficient reasons:

Appellant's counsel was/is set for jury trials during the two week trial period beginning August 24, 2015, on the following cases:

State of Texas vs. Derek Wells, Murder, # 14CR1983, 56th District Court;

State of Texas vs. Kevin Wilson, Manslaughter and Aggravated Assault, # 14CR1790 & 14CR1791, 56th District Court;

State of Texas vs. Joseph Bourgeois, Intoxication Manslaughter and Aggravated Assault, # 14CR2877 & 15CR1476, 56th District Court;

Appellant's counsel has been preparing for these trials for the most part of August 2014.

V.

Due to the above-referenced, Appellant's counsel respectfully requests a 45 day extension to file Appellant's brief in this cause.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Brief in this cause.

RESPECTFULLY SUBMITTED,

/s/    Greg Russell
Greg Russell
Attorney for Appellant
711 59th Street
Galveston, Texas 77551
(409) 497-4743
(409) 497-4721 Fax
SBN: 17411550

## CERTIFICATE OF SERVICE

As Attorney of Record for Appellant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for Appellee, Mr. Jack Roady, District Attorney of Galveston County at the offices of the District Attorney of Galveston County, Texas, 600 59th Street, Galveston, Tx. 77551, on the 24th day of August 2015, via certified electronic service provider.

/s/    Greg Russell
Attorney for Appellant

## CERTIFICATE OF COMPLIANCE

I do hereby certify that this brief is in compliance with rule 9.4(i) of the Texas Rules of Appellate Procedure because it is computer generated, and its relevant portions contain 479 words.

/s/    Greg Russell
Attorney for Appellant